# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

RICHARD HAGGARTY,
*Plaintiff(s)*

v.   Civil Action No. 5:23-CV-152

WARDEN BROWN,
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. This Court further DIRECTS the Clerk to enter judgment in favor of the respondent and to STRIKE this case from the active docket of this Court.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  John Preston Bailey

Date: April 28, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*